LOWENSTEIN SANDLER PC
Mary E. Seymour, Esq. (MS 3950)
Michael Savetsky, Esq. (MS 5692)
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500
(973) 597-2400 (fax)

*Counsel to the Official Committee
of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Marcal Paper Mills, Inc.,<br><br>   Debtor. | Chapter 11<br><br>Case No. 06-21886 (MS)<br><br>Hon. Morris Stern, U.S.B.J. |
| Marcal Paper Mills, Inc., by and through the Official Committee of Unsecured Creditors of Marcal Paper Mills, Inc.,<br><br>   Plaintiff,<br><br>vs.<br><br>Sun Transport,<br><br>   Defendant. | Adv. Pro. No. 08-02786 |

### CERTIFICATION OF SERVICE

I, Tonya Valencia-Lopez, pursuant to 28 U.S.C. section 1746, certify as follows:

1. I am a legal secretary employed by the law firm of Lowenstein Sandler PC, counsel to the Official Committee of Unsecured Creditors of Marcal Paper Mills, Inc.

2.  On Tuesday, June 23, 2009, I caused a copy of the *Alias Summons and Adversary Complaint to Avoid and Recover Preferential and Fraudulent Transfers and to Disallow Claims Pursuant to 11 U.S.C. Sections 547, 548, 550 and 502(d) and Bankruptcy Rules 3007, 7001 and 7008* to be served upon the following via certified mail, return receipt requested and via first class regular mail:

Sun Transport
c/o Arthur L. Porter Jr., Esq.
Fischer Porter Thomas & Reinfeld, P.C.
180 Sylvan Avenue, 2nd Floor
Englewood Cliffs, NJ  07632

Sun Transport
c/o CT Corporation System
Registered Agent
800 S. Gay Street, Suite 2021
Knoxville, TN 37929-9710

I certify that the foregoing statements made by me are true and correct to the best of my knowledge and belief. If any statement made by me is willfully false, I understand I am subject to the penalty of perjury.

Dated:   June 23, 2009                    */s/ Tonya Valencia-Lopez*
                                          Tonya Valencia-Lopez